January 2, 2020

**VIA ECF**

Hon. Paul G. Gardephe
United State District Court, SDNY
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

   Re: Bannerman v. Air-Sea Packing Group Inc. et al; Case No. 1:18-cv-06146

Dear Judge Gardephe:

  We represent Plaintiffs in the above-referenced matter. We write, with Defendants' consent, to respectfully request an extension of time to submit the Final Approval Motion and Attorneys' Fee Motion (the "Motion Papers") in the abovementioned matter. Presently, pursuant to the Settlement Agreement, the Motion Papers are due on January 3, 2020, fifteen (15) business days prior to the January 24, 2020 Fairness Hearing. Plaintiffs respectfully request a short extension of the January 3, 2020 deadline to January 9, 2020 in light of the holidays. The Motion Papers will thus be submitted fifteen (15) calendar days prior to the January 24, 2020 Fairness Hearing.

  Should you have any questions please do not hesitate to contact the undersigned.

             Respectfully submitted,

             /s/
             Rachel M. Haskell, Esq.

cc: Jay Warren (via ECF)
   Amanda Colvin (via ECF)

MEMO ENDORSED

The Application is **granted**.

SO ORDERED:

*Paul Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: Jan. 6, 2020